IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>ELVIS LORENZO-IGNACIO,<br><br>                  Defendant. | **8:16CR355**<br><br>**ORDER** |

      This matter is before the court on defendant's unopposed Motion to Continue Trial [21]. The parties are actively negotiating to resolve this matter short of trial, and seek additional time to find a mutually acceptable solution. Defendant shall comply with NECrimR 12.1(a). For good cause shown,

      **IT IS ORDERED** that the Motion to Continue Trial [21] is granted as follows:

      1.      The jury trial now set for March 13, 2017 is continued to May 30, 2017.

      2.      The defendant shall file the affidavit required by paragraph 9 of the progression order and NE.CrimR 12.1(a) forthwith.

      3.      In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and May 30, 2017, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      Dated this 6th day of March, 2017.

      BY THE COURT:

      s/ F.A. Gossett, III
      United States Magistrate Judge