IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiffs,<br><br>vs.<br><br>ELVIS LORENZO-IGNACIO,<br><br>            Defendant. | **8:16CR355**<br><br>**ORDER** |

UPON THE ORAL MOTION OF THE DEFENDANT,

**IT IS ORDERED** that the Change of Plea hearing is continued to June 19, 2017 at 11:00 a.m. before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. 3161(h)(1).

No further continuances will be granted, absent unusual circumstances.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

Dated this 7th day of June, 2017.

                                                       BY THE COURT:

                                                     s/ F.A. Gossett, III
                                                   United States Magistrate Judge